BRETT L. TOLMAN, United States Attorney (#8821)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT

2009 NOV -4  P 4: 34

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  :<br><br>    Plaintiff,  :<br><br>        vs.  :<br><br>ANTONIO CARDENAS,  :<br><br>    Defendant.  : | **SEALED**<br><br>INDICTMENT<br><br>VIO. 18 U.S.C. § 2251(a),<br>Production of Child Pornography.<br><br>**SEALED** |

The Grand Jury charges:

<u>COUNT I</u>
(18 U.S.C. § 2251(a))
(Production of Child Pornography)

Beginning sometime after May 1, 2004 and continuing until February 28, 2009, in the Central and Northern Division of the District of Utah,

ANTONIO CARDENAS,

Case: 2:09-cr-00838
Assigned To : Waddoups, Clark
Assign. Date : 11/04/2009
Description: USA v (Indictment)

1

defendant herein, did knowingly, employ, use, persuade, induce, entice and coerce the minor, Child A, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

_____
CAROL A. DAIN
Assistant United States Attorney

2