

**SEALED**

# United States District Court

FILED
U.S. DISTRICT COURT
DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

2010 JAN 13 P 2: 39

v.

DISTRICT OF UTAH

**Antonio Cardenas**

BY: _____
    DEPUTY CLERK

## WARRANT FOR ARREST

**CASE NUMBER: 2:09cr00838-CW**

To:   The United States Marshal
      and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest _____ **ANTONIO CARDENAS**
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

- [ ] Indictment   [X] Superseding Indictment   [ ] Information   [ ] Superseding Information
- [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Production of Child Pornography**

in violation of **18:2251** _____ United States Code.

D. Mark Jones
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

By:   Lynsie Severnak
      Deputy Clerk

Clerk of Court
Title of Issuing Officer

November 19, 2009 at Salt Lake City, Utah
Date and Location

RECEIVED
UNITED STATES MARSHAL
DISTRICT OF UTAH
'09 NOV 19 AM

Bail fixed _____ by _____
                                           Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/12/2010 | Eric Zimmerman | [signature] |
| DATE OF ARREST | SPECIAL AGENT | |
| 1/10/2010 | | |