AO 442

# United States District Court

**DISTRICT OF UTAH - CENTRAL DIVISION**

UNITED STATES OF AMERICA

v.

**Antonio Cardenas**

**WARRANT FOR ARREST**

**CASE NUMBER: 2:09cr00838-001 CW**

To: The United States Marshal
and any Authorized United States Officer

U.S. DISTRICT COURT
2010 JAN 13 P 2:39
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

ORIGINAL        SEALED

YOU ARE HEREBY COMMANDED to arrest **ANTONIO CARDENAS**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Production of Child Pornography**

in violation of **18:2251(a)** _____ United States Code.

D. Mark Jones
Name of Issuing Officer

_Espinoza_ (signature)
Signature of Issuing Officer

By: Cheryl L. Espinoza
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

November 5, 2009 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-5-09 | Dusm Burnett | (signature) |
| DATE OF ARREST | | |
| 1-10-2010 | | |