CARLIE CHRISTENSEN, Acting United States Attorney (#633)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah  84111
carol.dain@usdoj.gov
Telephone:  (801) 524-5682   Fax: (801) 325-3357

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH,  CENTRAL DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:09cr00838 CW |
| Plaintiff, | : |
| | : UNITED STATES' NOTICE REGARDING |
| | : EMAIL NOTIFICATION TO THE UNITED |
| vs. | STATES ATTORNEYS' OFFICE |
| | : VICTIM/WITNESS COORDINATOR |
| ANTONIO CARDENAS, | |
| | : JUDGE CLARK WADDOUPS |
| Defendant. | |

_____

The United States hereby advises the Court that the United States Attorney's

Office Victim/Witness Coordinator should be provided with e-mail notification of the

matters occurring in the above-captioned case.

DATED this 20TH day of January, 2010.

CARLIE CHRISTENSEN
Acting United States Attorney


/s/   Carol A. Dain                              
CAROL A. DAIN
Assistant United States Attorney