IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

FEB 14 2012

D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER FOR PSYCHOSEXUAL |
| Plaintiff, | : | EXAMINATION & TESTING |
| | : | |
| ANTONIO CARDENAS | : | 2:09-CR-00838-001 |
| Defendant | : | |
| | : | |

It appears that psychosexual examination and testing of the defendant is necessary in order that a more complete presentence report may be prepared pursuant to Rule 32(c) of the Federal Rules of Criminal Procedure.

IT IS THEREFORE ORDERED that the defendant submit to an examination conducted by a qualified practitioner as directed by the Probation Office to provide information to the Court pursuant to 5 U.S.C. § 3109.

IT IS FURTHER ORDERED that investigative information may be released to the provider for purposes of testing and evaluation.

IT IS FURTHER ORDERED that the United States Probation Office shall pay all reasonable and necessary expenses from funds allocated for such purposes.

DATED this ___14th___ day of ___February___, 2012.

BY THE COURT:

_____
Clark Waddoups
United States District Judge