JEREMY M. DELICINO – 9959
Attorney at Law
10 West Broadway, Suite 650
Salt Lake City, UT 84101
Telephone: (801) 364-6474
Facsimile: (801) 364-5014

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO CARDENAS,<br><br>Defendant. | POSITION OF DEFENDANT WITH RESPECT TO FACTORS DESCRIBED IN THE PRESENTENCE REPORT<br><br>Case Number: 2:09 CR 838 |

The defendant, Antonio Cardenas, by and through his attorney of record, Jeremy Delicino, has no objection to the offense level or criminal history category calculations described in the presentence report.

DATED this 21st day of May, 2012.

/s/ Jeremy M. Delicino
_____
JEREMY M. DELICINO
Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Carol A. Dain

carol.dain@usdoj.gov,janet.larson@usdoj.gov

Victim Witness Coordinator

allison.turner@usdoj.gov

                                                     /s/ Lannea Butler