DAVID B. BARLOW, United States Attorney (#13117)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682
Email:  carol.dain@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:09cr838  CW |
| Plaintiff, | STIPULATION TO SET RESTITUTION |
| v. | |
| ANTONIO CARDENAS, | Honorable Clark Waddoups |
| Defendant. | |

COMES NOW the United States of America, by and through Assistant United States Attorney Carol A. Dain, and submits this Stipulation to Set Restitution as follows:

1. On February 14, 2012, the defendant pleaded guilty to a single count of Aggravated Sexual Abuse of a Child in violation of Title 18, United States Code, Section 2241(c).  The defendant's plea was entered pursuant to a plea agreement.  This Court accepted the defendant's guilty plea.

2. On June 18, 2012, the defendant was sentenced to serve 420 months in the custody of the B.O.P. and a Life term of Supervised Release. The Court agreed that a restitution hearing would be held on September 18, 2012.

3. There is an identified victim of defendant's Aggravated Sexual Abuse.

4. Previously supplied to defendant and this Court was a restitution request for $4,927.76, including $1,845 paid by Crime Victim Reparations toward victim counseling, $1,637.76 submitted but not yet paid by Crime Victim Reparations for lost wages, and $ 1,445 for foreseeable ongoing counseling.

5. Counsel for the defendant has contacted defendant and he does not object to the requested amount for restitution. In the interests of justice and the respective parties, it is hereby agreed that restitution to the victim be set at $4,927.76, due and payable immediately.

6. The restitution payment shall be made to the Clerk of the Court, United States District Court, District of Utah, Salt Lake City, Utah, who shall make payment to the victim.

7. The parties request the Court stay any interest that would accrue on the payable amount.

8. This Stipulation to Set Restitution hereby foregoes the need to hold a restitution hearing on September 18, 2012.

DATED this 17th day of September, 2012.

                                                DAVID B. BARLOW
                                                United States Attorney

                                                /s/ Carol A. Dain
                                                _____
                                                CAROL A. DAIN
                                                Assistant United States Attorney