IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>ANTONIO CARDENAS,<br><br>     Defendant. | Case No.  2:09cr838  CW<br><br>ORDER SETTING RESTITTUTION<br><br>Honorable Clark Waddoups |

  Having considered the parties' Stipulation to Set Restitution, and finding it in the interest of justice, it is hereby ORDERED that:

1. Restitution to the victim is set at $4,927.76 (Four Thousand Nine Hundred Twenty Seven U.S. Dollars and Seventy Six cents), due and payable immediately;

2. During the period of incarceration, the defendant must pay on a schedule of the greater of $10.00 every three months or 50% of my income in prison from both institution and other sources.

3. Upon release from incarceration, the defendant shall make a minimum restitution payment of $100 (One Hundred U.S. Dollars) per month.  This payment schedule will be evaluated by U.S. Probation while on supervised release and by the United States Attorney's Office following termination of supervised release and may be modified, based on the documented financial

status of defendant.

4. These payments do not preclude the government from using other assets or income of the defendant to satisfy his restitution obligation.

5. The restitution payments shall be made to the Clerk of the Court, United States District Court, District of Utah, Salt Lake City, Utah, who shall make payment to the victim;

6. Any interest shall be stayed from accruing and no interest will be collected on the payable amount.

7. The judgment in this action shall reflect this restitution amount and the Restitution Hearing set for September 18, 2012, is stricken.

Dated this \_\_\_21st\_\_\_ day of September, 2012.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Judge