JOHN W. HUBER, United States Attorney (#7226)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111-2176
Email:  carol.dain@usdoj.gov
Telephone:  (801) 524-5682  •  Facsimile:  (801) 524-3399

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO CARDENAS,<br><br>Defendant. | Case No. 2:09-CR-00838  CW<br><br>UNITED STATES' MOTION TO SEAL APPENDIX "A" ATTACHED TO MOTION FOR REDACTION OF SENTENCING TRANSCRIPT<br><br>Judge Clark Waddoups |

The United States of America, by and through Assistant United States Attorney Carol A. Dain moves the Court for an order sealing Appendix A attached to its Motion for Redaction of Sentencing Transcript filed with the Court on September 12, 2017, docket number 84, in the above-captioned matter.  The grounds for this motion is as follows.

The Motion for Redaction included an Appendix marked as Attachment "A".  Appendix contains victims identifying information.

//

//

//

2

As such, the United States respectfully requests that the Court seal Appendix marked as Attachment "A" attached to its Motion for Redaction of Sentencing Transcript.

DATED this 13th day of September, 2017.

                                JOHN W. HUBER
                                United States Attorney

                                */s/Carol A. Dain*
                                CAROL A. DAIN
                                Assistant United States Attorney