IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:09-CR-00838 CW |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO SEAL |
| ANTONIO CARDENAS, | |
| | Judge Clark Waddoups |
| Defendant. | |

Based upon the United States Attorney's request, and good cause showing, the Court orders Document 84, Appendix to the Motion for Redaction of Sentencing Transcript filed by the United States in the above-captioned case, to be sealed.

SO ORDERED this _____ day of September, 2017.

CLARK WADDOUPS
District Court Judge